UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Case No.: 13-13954-AJC |
| BANAH INTERNATIONAL GROUP, INC. | Chapter 11 |
|     Debtor.<br>_____/ | |
| BANAH INTERNATIONAL GROUP, INC. | Adv. Pro. No. 14-01310-AJC |
|     Plaintiff, | |
| v. | |
| NIRK MAGNATE HOLDING CORP. and<br>JORGE MESA, SR., | |
|     Defendants.<br>_____/ | |

### *EX PARTE* ORE TENUS MOTION BY CHAPTER 11 TRUSTEE TO STAY ADVERSARY PROCEEDING

Plaintiff, Ross R. Hartog, as Chapter 11 trustee (the "Trustee"), through undersigned counsel, moves, *ore tenus* and on an *ex-parte* basis, pursuant to Local Rule 7090-1 and 9013-1, to stay this proceeding pending further Order of the Court (the "Motion"). In support of the Motion, the Trustee states:

1. This proceeding was commenced by the Debtor while it was a debtor-in-possession.

2. On or about September 11, 2014, the Court directed the appointment of a chapter 11 trustee in the Debtor's main bankruptcy case.

3. The Trustee appeared through counsel at a hearing conducted on September 17, 2014 in another adversary proceeding pending in the Debtor's main case and requested, *ore*

1

*tenus*, that this proceeding be stayed while the Trustee continues his investigation of the Debtor's financial affairs.

    4.    The Court approved the *ore tenus* request.

    5.    Accordingly, the Trustee respectfully requests this Court stay this proceeding pending further Order of the Court.

    6.    This Motion is brought in good faith and not for purposes of delay.

WHEREFORE, the Chapter 11 Trustee respectfully requests that this Court enter an order: (i) granting this Motion, (ii) staying this proceeding pending further Order of the Court; and (iii) granting any other relief it deems appropriate.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this motion was served on all counsel of record or pro se parties identified on the attached Service List via the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case and via US Mail to all parties on the attached Service List who are not registered to receive electronic notification on September 27, 2014.

Dated:  September 27, 2014

MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A.
*Counsel for Chapter 11 Trustee*
101 NE Third Avenue, Suite 1210
Fort Lauderdale, Florida 33301
Tel:  (954) 767-0030
Fax:  (954) 767-0035

and

9130 S. Dadeland Blvd., Suite 1800
Miami, Florida 33156
Tel:  (305) 670-5000
Fax:   (305) 670-5011

By: /s/ *Grace E. Robson*
    Grace E. Robson, Esq.
    Fla. Bar No. 178063
    grobson@mrthlaw.com
    Timothy R. Bow, Esq.
    Fla. Bar No. 104710
    tbow@mrthlaw.com    501195

2

## SERVICE LIST
**(Adv. Pro. No. 14-01310-AJC)**

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Morgan B. Edelboim     medelboim@bastamron.com, mdesvergunat@bastamron.com; jmiranda@bastamron.com;dtimpone@bastamron.com
- Jay M. Levy     JAY@JAYLEVYLAW.COM
- John C Webb     johnwebblegal@gmail.com, ign.johnwebblegal@gmail.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

(No manual recipients)