

**ORDERED in the Southern District of Florida on September 30, 2014.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Case No.: 13-13954-AJC |
| BANAH INTERNATIONAL GROUP, INC. | Chapter 11 |
| Debtor._____/ | |
| BANAH INTERNATIONAL GROUP, INC. | Adv. Pro. No. 14-01310-AJC |
| Plaintiff, | |
| v. | |
| NIRK MAGNATE HOLDING CORP. and JORGE MESA, SR., | |
| Defendants._____/ | |

**ORDER (1) GRANTING CHAPTER 11 TRUSTEE'S *ORE TENUS* MOTION FOR STAY
PENDING REVIEW BY CHAPTER 11 TRUSTEE; AND
<u>(2) CANCELLING OCTOBER 20, 2014 PRETRIAL CONFERENCE</u>**

THIS CAUSE came before the Court *sua sponte* on September 17, 2014 at 2:00 p.m., in Miami, Florida, upon the Chapter 11 Trustee's *ore tenus* request to stay the proceeding pending review of the matter by the Chapter 11 Trustee (the "Ore Tenus Motion"). The Court, having considered the recent appointment of a Chapter 11 trustee and being otherwise informed on the matter, **ORDERS** as follows:

1. The Ore Tenus Motion is **GRANTED.**

2. This adversary proceeding is stayed, and all upcoming deadlines are continued, until further order of the Court.

3. The pretrial conference scheduled for October 20, 2014 at 10:00 a.m. and any hearings are cancelled pending further order of the Court.

# # #

Submitted by:
Grace E. Robson, Esq.
Markowitz, Ringel, Trusty & Hartog, P.A.
*Counsel to Chapter 11 Trustee*
101 NE Third Avenue, Suite 1210
Fort Lauderdale, FL 33301
Tel: (954) 767-0030

Copies to:
Grace E. Robson, Esq.
*(Attorney Robson is directed to mail a copy of this Order to all interested parties and to file a certificate of service).*

503578